## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| In re: | : Case No. 11-50784 |
|  | : |
|  | : Chapter 7 (Judge Preston) |
| **Ricky Fox** | : SSN: xxx-xx-6153 |
| 1336 County Road 218 | : |
| Marengo, Ohio 43334 | : |
|  | : |
|  | : |
| Debtor. | : |

## NOTICE OF PROPOSED PRIVATE SALE

PLEASE TAKE NOTICE that Susan L. Rhiel, Trustee herein, whose address is 394 East Town Street, Columbus, Ohio 43215, proposes to sell the following property of the within estate to the buyer named herein for the price and on the terms and conditions set forth below:

**Date of Sale:** On or after 21 days from the date of the mailing of this Notice

**General Description of Property:** Debtor's interest in real property located at 1336 County Road 218, Marengo, Ohio 43334

**Buyer:** Debtor

**Price:** $55,000.00

**Basis for Suggested Price:** Best offer received, sale pursuant to Agreed Order entered October 17, 2011 [Doc. #60].

**Terms and Conditions:** Lump sum payment upon expiration of twenty-one day notice period.

PLEASE TAKE FURTHER NOTICE that the Trustee may proceed with the proposed sale unless, within twenty-one days from the date of this Notice:

(1) a party-in-interest files a written Objection, stating the grounds for opposition and also files a Request for Hearing with the Court and serves a copy thereof on the Trustee, the Debtors, and counsel for the Debtors; OR

(2) an entity files a notice of offer to purchase the property and a request for a hearing with this Court and serves a copy thereof on the Trustee and the Debtors.

Date: <u>October 18, 2011</u>   Respectfully submitted,
　　　　　　　　　　　　　　　　　　**RHIEL & ASSOCIATES CO., LPA**

　　　　　　　　　　　　　　　　　　<u>/s/ Susan L. Rhiel　　　　　　　　　</u>
　　　　　　　　　　　　　　　　　　Susan L. Rhiel (0034533)
　　　　　　　　　　　　　　　　　　Treisa L. Fox (0085264)
　　　　　　　　　　　　　　　　　　394 East Town Street
　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　Telephone: (614) 221-4670
　　　　　　　　　　　　　　　　　　Facsimile: (614) 232-9306
　　　　　　　　　　　　　　　　　　Attorneys for the Trustee


**<u>CERTIFICATE OF SERVICE</u>**

　　　　The undersigned hereby certifies that a copy of the foregoing was served upon all persons listed below and on the attached list via regular mail, postage prepaid, this 18th day of October 2011.

Michelle Polly-Murphy, Esq.
Steven E. Elder Co., LPA
721 Fife Avenue
Wilmington, Ohio  45177

Justin Ristau, Esq.
Laura M. Zaremski, Esq.
Bricker & Eckler
100 South Third Street
Columbus, Ohio  43215

Mary Krasovic, Esq.
P.O. Box 165028
Columbus, Ohio  43216

Joel K. Jensen, Esq.
P.O. Box 5480
Cincinnati, Ohio  45201

　　　　　　　　　　　　　　　　　　<u>/s/ Susan L. Rhiel　　　　　　　　　</u>
　　　　　　　　　　　　　　　　　　Susan L. Rhiel